IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAZARUS HALL,
    Petitioner,

v.

KERESTES, et al.,
    Respondents.

: CIVIL ACTION
:
: NO. 14-843
:

FILED JUL 11 2014

## ORDER

ROBERT F. KELLY, J.,

AND NOW, this 11th day of July, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_Robert F. Kelly_
ROBERT F. KELLY, J.

ENTERED
JUL 11 2014
CLERK OF COURT